MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Appellee
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 24-7203 |
| Plaintiff-Appellee, | D.C. No. 1:21-CR-228-JLT-BAM (E.D. Cal., Fresno) |
| v. | |
| BENJAMIN MARTIN, | GOVERNMENT'S REQUEST FOR JUDICIAL NOTICE |
| Defendant-Appellant. | |

Under Rule 27 of the Federal Rules of Appellate Procedure, the government asks this Court to take judicial notice of the following documents:

1. Certificate of Pardon. Attached hereto as RFJN Exhibit 1 is a copy of the Certificate of Pardon issued to Benjamin Martin, dated

1

February 5, 2025.  This Court may take judicial notice of this matter of public record.  *See* Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

    2.  Court filings in *United States v. Martin*, no. 1:21-cr-562-RC (D.D.C.).  Attached hereto as RFJN Exhibits 2, 3, and 4, respectively, are documents filed in the above-titled case:  (a) Criminal Complaint, Dkt. 1; (b) Judgment, Dkt. 115; and (c) the district court's docket.  This Court may take judicial notice of such court filings available through PACER.  *See, e.g.*, *United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018).

    3.  Court filings in *United States v. Taranto*, no. 1:23-cr-229-CJN (D.D.C.).  Attached hereto as RFJN Exhibits 5, 6, 7, and 8, respectively, are documents filed in the above-titled case: (a) Superseding Indictment, Dkt. 45; (b) Response to Government's Motion to Dismiss Certain Counts and Motion to Dismiss all Counts in the Indictment, Dkt. 99; (c) United States' Opposition to Defendant's Motion to Dismiss, Dkt. 101 (docketed as "Reply to Opposition"); and (d) the district court's docket.  This Court may take

judicial notice of such court filings. *See, e.g.*, *Raygoza-Garcia*, 902 F.3d at 1001.

These documents are attached to this request. The government cites to these documents in its response in opposition to Martin's motion for bail pending appeal under Rule 9(b) of the Federal Rules of Appellate Procedure. The government believes these documents will be beneficial to this Court in its resolution of Martin's motion.

Dated: February 14, 2025         Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

3