| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 21 2025 |// 
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 24-7203 |
|---|---|
| Plaintiff - Appellee, | D.C. No.<br>1:21-cr-00228-JLT-BAM-1 |
| v. | Eastern District of California, Fresno |
| BENJAMIN JOHN MARTIN, | ORDER |
| Defendant - Appellant. |  |

Before: SILVERMAN, M. SMITH, and BADE, Circuit Judges.

The motion (Docket Entry No. 25) to vacate the judgment and remand is denied without prejudice to renewing the motion after the completion of briefing.

The opening brief is due April 21, 2025. The answering brief is due May 21, 2025. The optional reply brief is due 21 days after the answering brief is served.

In addition to any other issues they wish to raise, the parties' briefs must address the effect of the presidential pardon on the instant judgment of conviction.