In the United States Court of Appeals
for the Ninth Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.                                     CASE No. 24-7203

BENJAMIN MARTIN,               D.C. NO. 1:21-CR-228-NODJ-BAM
    *Defendant-Appellant*

### APPELLANT'S MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF

The Appellant, BENJAMIN MARTIN, pursuant to Ninth Circuit Rule 31-2.2(b), moves for an extension of time to file his Opening Brief and as grounds for the substantial need for this extension, declares as follows:

1) The brief is currently due to be filed on **October 20, 2025**, and this motion is filed at least seven (7) days prior to that date.

2) The primary issue on this appeal is whether the presidential pardon received by the Appellant applies to the offense herein. The Appellee, United States of America, agrees with the Appellant that the pardon applies. In addition, the United States Office of the Pardon Attorney is currently reviewing this issue under Case No.: **P322296** and it is anticipated that a decision by that office is imminent. A favorable decision by that office would obviate the need for further briefing in this matter.

3) Nevertheless, undersigned counsel has been preparing an additional

substantive issue, unrelated to the pardon issue, which requires more time and investigation.

4) The Appellant requests an extension of **thirty (30) days** from the current due date of **October 20, 2025,** up to and including **November 19, 2025**. Absent the most extraordinary circumstances, this will be counsel's *last* request for an extension and counsel assures the Court the opening brief will be filed by the requested date.

5) No party objects to this request. On the contrary, undersigned counsel has been in regular contact with counsel for the Appellee, Nirav Desai, and is authorized to represent to the Court that he has no opposition to the requested extension.

WHEREFORE, based upon the foregoing, the Appellant respectfully requests that the Court grant the requested relief.

    Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Benjamin Martin
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

**Certificate of Service**

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on October 13, 2025.

            Respectfully submitted,
            GEORGE T. PALLAS, P.A
            2420 SW 22nd Street
            Miami, FL 33145
            305-856-8580
            305-860-4828 FAX
            george@pallaslaw.com
            By:/s/ _George T. Pallas_
            GEORGE T. PALLAS, ESQ.