ERIC GRANT
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Appellee
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C.A. No. 24-7203 |
| ) | |
| Plaintiff-Appellee, ) | D.C. No. 1:21-CR-228-JLT-BAM |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN JOHN MARTIN, ) | JOINT MOTION TO RESET |
| ) | BRIEFING SCHEDULE TO |
| Defendant-Appellant. ) | PERMIT FILING OF AMENDED |
| ) | OPENING BRIEF |

The United States, by and through its counsel of record, and

out-of-custody defendant Benjamin John Martin, by and through his

counsel of record, Carolyn Stewart, Esq., stipulate and jointly move

to reset the briefing schedule to allow Mr. Martin to file an amended

1

opening brief.  *See* Fed. R. App. P. 27(a)(1); Circuit Advisory Committee Note to Rule 27-1(6).

1.     Mr. Martin's opening brief was filed on November 20, 2025, after extensions of the initial February 19, 2025 due date.

2.     The United States's answering brief is currently due on May 15, 2026, after the grant of two previous extensions of time.

3.     Mr. Martin's counsel, Ms. Stewart, desires to file an amended opening brief to address issues discovered during her review of the brief and amid discussions between the parties' counsel. Specifically, given this Court's April 2026 decision in *United States v. Martinez*, 169 F.4th 1147 (9th Cir. 2026), and that the attorney who filed the original opening brief declined to work on an amended brief, Mr. Martin requested that Ms. Stewart prepare an amended brief to include some new/previously omitted issues falling within the issues already raised, and to reduce the Second Amendment issues.

4.     The government does not oppose to this request.

5.     The parties therefore request that the briefing schedule be reset to allow Mr. Martin to file an amended opening brief and the government to file its answering brief to the amended opening brief.

2

The parties propose that Mr. Martin's amended opening brief be filed on or before May 25, 2026, and that the government's answering brief be filed 30 days thereafter, subject to any extension of time granted by this Court.

6. Mr. Martin is currently on bail pending this appeal.

Dated: May 8, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney

Dated: May 8, 2026

/s/ Carolyn Stewart
CAROLYN STEWART, ESQ.
Counsel for Benjamin Martin

3