No. 24-7203

_____

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,
Appellee,

vs.

BENJAMIN JOHN MARTIN
Appellant.

_____

D.C. No. 1:21-CR-228-JLT-BAM

## APPELLANT MARTIN'S UNOPPOSED MOTION TO WITHDRAW AS MOOT  ECF NO. 49.1  FOR AMENDED EXCERPT OF RECORD

Comes now Mr. Martin through undersigned counsel and requests that the Motion for an amended Excerpt of Record (ER) submitted at ECF No. 49.1 be withdrawn as moot and supports his request as follows:

Mr. Martin's Appellant's Opening Brief (ECF No. 51.1) was submitted using the existing, filed Excerpt of the Record (ER) (ECF No. 39.1) with references also to the Court-allowed Supplemental Excerpt of Record (SER) submitted at ECF No. 50.1.

Because an amended ER is not needed, the Motion at ECF No. 49.1 is moot. The government does not oppose.

## CONCLUSION

Wherefore, for good cause shown, and where no party is prejudiced, the Court should dismiss/withdraw ECF No. 49.1 as moot.

Dated June 1, 2026          Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
T: 813-659-5178
Carolstewart_esq@protonmail.com
Counsel for Benjamin Martin

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned hereby certifies that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i).

1. This motion complies with the type-word limit of Fed. R. App. P. 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 126 words.

2. This brief above complies with the requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

/s/ *Carolyn Stewart*
Carolyn Stewart, Esq

## CERTIFICATE OF SERVICE

I hereby certify on the 1st day of JUNE 2026, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn Stewart*
Carolyn Stewart, Esq.

3