UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BENJAMIN JOHN MARTIN,

Defendant - Appellant.

No. 24-7203

D.C. No.
1:21-cr-00228-JLT-BAM-1
Eastern District of California,
Fresno

ORDER

The motion (Docket Entry No. 54) to withdraw the motion to file a

replacement excerpt of record is granted. The motion (Docket Entry No. 49) is

deemed withdrawn.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT