UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BENJAMIN JOHN MARTIN,<br><br>Defendant - Appellant. | No. 24-7203<br><br>D.C. No.<br>1:21-cr-00228-JLT-BAM-1<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Before: McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

Proceedings in this case, including the renewed motion for summary vacatur and remand at Docket Entry No. 56, are held in abeyance pending this court's decision in *United States v. Kirk*, Appeal Nos. 25-3607, 25-5125, and 25-5200, or further order of the court.